## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**UNITED STATES OF AMERICA**

**-vs**-                                                              **Case No.  06-mj-258-01**

**CORY JERMANE TURNER**

_____

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause

to believe that the offenses charged in Title 21 U.S.C. § 846 have been committed and that the

defendant committed them.  It is therefore,

**ORDERED** that **CORY JERMANE TURNER** is held to answer in the Western District

of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis,   Tennessee on 22nd  day of June,

2006.


_____s/ James H. Allen_____
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
Cory Jermane Turner